IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH C. DIGENOVA, | : | CIVIL ACTION |
| BANQ. SERVERS LARGE FUNCTION, and | : | |
| MEMBERS OF LOCAL 274 HERE & | : | |
| CHIPS UNION, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ARAMARK/SFS, | : | |
| CHIPS UNION ADMINISTRATION, | : | |
| LOCAL 274 HERE ADMINISTRATION, | : | |
| PREVIOUS, and BEST PERSONNEL, | : | |
| Defendants | : | No. 02-4813 |

## ORDER

**AND NOW**, this      day of **July, 2002**, upon finding that Plaintiff's Complaint is frivolous and duplicative of *DiGenova v. Baker*, E.D. Pa. Civil Action No. 02-98, and pursuant to 28 U.S.C. § 1915(e)(2)(B), it is hereby **ORDERED** that:

The Complaint is **DISMISSED** in its entirety with prejudice.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**