IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH C. DIGENOVA,<br>BANQ. SERVERS LARGE FUNCTION, and<br>MEMBERS OF LOCAL 274 HERE &<br>CHIPS UNION,<br>      Plaintiffs,<br><br>v.<br><br>ARAMARK/SFS,<br>CHIPS UNION ADMINISTRATION,<br>LOCAL 274 HERE ADMINISTRATION,<br>PREVIOUS, and BEST PERSONNEL,<br>      Defendants | :<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>:   No. 02-4813 |

## ORDER

**AND NOW**, this      day of **August, 2002**, it is hereby **ORDERED** that:

Pursuant to the Court's order of July 25, 2002, dismissing Plaintiff's Complaint with prejudice, Defendant Best Personnel's Motion for a More Definite Statement or in the Alternative a Dismissal of the Complaint for Failure to State a Claim (Document No. 6) is **DENIED AS MOOT**.

                                                   **BY THE COURT:**

                                                 **Berle M. Schiller, J.**